**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BARBARA BALISTRERI,

Appellant,

v.

LAWRENCE G. FRANK, *et al.*,

Appellees.

No. 4:26-CV-00014

(Chief Judge Brann)

**ORDER**

**JULY 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Craig Balistreri's Motion to Dismiss (Doc. 5) is **DENIED**;
2. Barabra Balistreri's Motion to Stay (Doc. 8) is **DENIED**;
3. The underlying orders of the United States Bankruptcy Court for the Middle District of Pennsylvania are **AFFIRMED**; and
4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge